UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                      Case No. 3:25-cr-6

vs.

Maurice Edward Sallis                  District Judge Michael J. Newman

    Defendant.

**ORDER APPOINTING ATTORNEY DENNIS LIEBERMAN TO REPRESENT DEFENDANT MAURICE EDWARD SALLIS IN THIS CASE**

    The Court **APPOINTS** attorney Dennis Lieberman of the CJA Panel for the Southern District of Ohio to represent Defendant Maurice Edward Sallis in this case pursuant to 18 U.S.C. § 3006A.

    **IT IS SO ORDERED.**

    <u>June 18, 2025</u>                             s/*Michael J. Newman*
                                                             Hon. Michael J. Newman
                                                              United States District Judge