UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                       Case No. 3:25-cr-6

vs.

MAURICE EDWARD SALLIS,          District Judge Michael J. Newman

    Defendant.

_____

**ORDER: (1) GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE THE SUPPRESSION HEARING (Doc. No. 71); (2) VACATING THE DECEMBER 3, 2025 SUPPRESSION HEARING DATE; (3) REQUIRING THE PARTIES TO MEET AND CONFER AND FILE, BY DECEMBER 9, 2025, A JOINT NOTICE SELECTING ONE OF THE DATES SET FORTH BELOW FOR A HEARING ON DEFENDANT'S MOTION TO SUPPRESS (Doc. No. 64)**

_____

This criminal case is before the Court upon *pro se* Defendant's motion to suppress (Doc. No. 64) and Defendant's unopposed motion to continue the suppression hearing (Doc. No. 71).[1] For good cause shown, the Court **GRANTS** Defendant's unopposed motion. Accordingly, the Court **VACATES** the December 3, 2025 suppression hearing.

The Court has two upcoming dates and times available to reset the requested hearing: December 18, 2025 at 11:00 A.M., and January 6, 2026 at 9:30 A.M. The Court **ORDERS** the parties to meet and confer and **FILE A JOINT NOTICE**, by **December 9, 2025**, selecting one of the above dates and times for the hearing. Thereafter, the Court will issue an Order setting the hearing on one of the requested dates and times.

    **IT IS SO ORDERED.**

    December 2, 2025                              s/Michael J. Newman
                                                             Hon. Michael J. Newman
                                                              United States District Judge

---

[1] As with all *pro se* litigants, Defendant's documents and allegations are liberally construed in his favor. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (*per curiam*).